UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY CLARENCE ROGERS,<br><br>                    Plaintiff,<br>  v.<br><br>KING COUNTY, *et al.*,<br><br>                    Defendants. | CASE NO. 2:23-cv-01034-DGE-GJL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on referral from the District Court. Plaintiff Ray Clarence Rogers, who is housed at the King County Jail and proceeding *pro se*, filed a Declaration and Application to Proceed *In Forma Pauperis* ("Motion to Procced IFP"). Dkt. 1. Plaintiff states he cannot afford the filing fee because he is incarcerated. *Id.* at 2. However, Plaintiff's prison trust account statement shows he has a balance of $1,785.81. Dkt. 1-1.

Based on the information supplied to the Court, it appears Plaintiff has sufficient funds to pay the $402.00 filing fee. Therefore, Plaintiff is ordered to show cause why his Motion to Proceed IFP should not be denied. Plaintiff must respond to this Order to Show Cause or pay the $402.00 filing fee on or before **August 25, 2023**.

ORDER TO SHOW CAUSE - 1

1   If Plaintiff fails to respond to this Order or fails to pay the filing fee, the Court will
2   recommend dismissal of this matter.
3   Dated this 25th day of July, 2023.

Grady J. Leupold
United States Magistrate Judge