UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Ray Clarence Rogers,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>King County, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-1034<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME (DKT. NO. 55) |

Before the Court is Plaintiff Ray Clarence Rogers' motion for extension of time (Dkt. No. 55) to respond to the Report and Recommendation of United States Magistrate Judge Grady J. Leupold (Dkt. No. 53). Plaintiff requests additional time in part because Plaintiff "did not receive a copy of the Report and Recommendation until . . . five days after" its issuance. (Dkt. No. 55 at 2.) The Court GRANTS Plaintiff's motion and will consider Plaintiff's objection (Dkt. No. 64) to the Report and Recommendation, as well as Defendants' response (Dkt. No. 68).

Dated this 2nd day of February 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME (DKT. NO. 55) - 1