UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY CLARENCE ROGERS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　　Defendant. | CASE NO. 2:23-cv-01034-DGE-GJL<br><br>ORDER ON PLAINTIFF'S MOTON |

On April 23, 2024, this Court entered an Order requiring Plaintiff to re-file his Amended Complaint by May 24, 2024. Dkt. 100. The Court also instructed the Clerk to send Plaintiff a copy of his Proposed Amended Complaint. *Id.* (citing Dkt. 80).

Plaintiff filed the present Motion on May 2, 2024, noting that he was only provided pages 1–59 of his Proposed Amended Complaint, and requesting that he be provided the remaining pages of the document which were filed separately as a Supplement (Dkt. 83).

The Court **GRANTS** Plaintiff's Motion (Dkt. 101). The Clerk is instructed to send copies

//

//

ORDER ON PLAINTIFF'S MOTON - 1

of this Order, Plaintiff's Proposed Amended Complaint (Dkt. 80), and the Supplement (Dkt. 83) to Plaintiff.

Dated this 7th day of May, 2024.

Grady J. Leupold
United States Magistrate Judge