UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY CLARENCE ROGERS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-01034-DGE-GJL<br><br>ORDER ON PLAINTIFF'S MOTON |

On July 9, 2024, this Court entered an Order granting Plaintiff's Motion for Leave to File an Amended Complaint. Dkt. 115. Plaintiff filed the present Motion (Dkt. 123) on July 22, 2024, requesting that he be provided a copy of the Amended Complaint (Dkt. 116).

//

//

//

//

//

ORDER ON PLAINTIFF'S MOTON - 1

The Court **GRANTS** Plaintiff's Motion (Dkt. 123). The Clerk is instructed to send copies of this Order and the Amended Complaint (Dkt. 116) to Plaintiff.

Dated this 25th day of July, 2024.

Grady J. Leupold
United States Magistrate Judge