UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY CLARENCE ROGERS,<br><br>     Plaintiff,<br> v.<br><br>KING COUNTY, *et al.*,<br><br>     Defendants. | CASE NO. 2:23-cv-01034-DGE-GJL<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

Plaintiff Ray Clarence Rogers, a pretrial detainee proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Currently pending before the Court is Plaintiff's Motion for Extension of Time to Respond (the "Motion"). Dkt. 154.

Plaintiff filed an Amended Complaint on July 9, 2024, adding new facts and several new Defendants to his claims. Dkt. 116. All Defendants represented by the King County Prosecuting Attorney's Office (the "County Defendants") filed a Motion to Dismiss the Amended Complaint on September 11, 2024. Dkt. 143. Plaintiff now moves for an extension of time of one hundred

ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1

and twenty (120) days to respond to the Motion to Dismiss. Dkt. 154.[1] Plaintiff notes that his criminal trial (for offenses carrying the possibility of a life sentence) is scheduled during October 2024. *Id.* at 2. The Court also recognizes the restrictions on Plaintiff as a *pro se* detainee, many of which he has raised in previous filings. Dkts. 55, 61. The Court finds that an extension of sixty (60) days accommodates these restrictions.

Plaintiff's Motion for Extension of Time (Dkt. 154) is **GRANTED in part**. Plaintiff may file his Response to the County Defendants' Motion to Dismiss by **December 10, 2024**. The Clerk's Office is directed to **RE-NOTE** the Motion to Dismiss (Dkt. 143) to **December 17, 2024**.

Dated this 9th day of October, 2024.

Grady J. Leupold
United States Magistrate Judge

---

[1] Plaintiff's Motion also requests that he be appointed counsel for this action. Dkt. 154 at 3. The Court rejected two requests for counsel on September 26, 2024, finding that Plaintiff failed to show the exceptional circumstances required for the appointment of counsel. Dkt. 152 at 2. The Court similarly rejects this request for the same reasons.

ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 2