1
2
3
4
5

6                UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
7                           AT TACOMA

8
   RAY CLARENCE ROGERS,
9
                    Plaintiff,              CASE NO. 2:23-cv-01034-DGE-GJL
10
         v.                                 **ORDER ADOPTING REPORT
                                            AND RECOMMENDATION**
11 KING COUNTY, *et al.*,

12                  Defendants.

13
       The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady
14
   J. Leupold, and the remaining record, and no objections having been filed, does hereby find and
15
   ORDER:
16
       (1)    The Court adopts the Report and Recommendation.
17
       (2)    Defendant Barbara Wakeen's Motion for Summary Judgment (Dkt. 177) is
18            granted, and Plaintiff's claims against Defendant Wakeen are dismissed with
              prejudice.
19
       (3)    As the only defendants remaining in this action are Defendants Keith Skinner and
20            Lorayne Verhelst, the Clerk is directed to update the case caption to reflect
              Defendant Skinner as the lead defendant.
21 //

22 //

23 //

24

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 27th day of May, 2025.

> _____
> DAVID G. ESTUDILLO
> United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2