UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY CLARENCE ROGERS,

                    Plaintiff,

        v.

KEITH SKINNER, *et al.*,

                    Defendants.

CASE NO. 2:23-cv-01034-DGE-GJL

ORDER DENYING DISCOVERY MOTIONS AND GRANTING MOTION TO EXTEND DEADLINES

This prisoner civil rights action has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court are several Motions filed by Plaintiff Ray Clarence Rogers. In particular, on June 2, 2026, Plaintiff filed two discovery-related Motions, including a Motion for Leave to File Overlength Motions and Briefs and a Motion for Leave to File a Motion to Compel. Dkts. 245, 247. On July 7, 2026, Plaintiff filed a Motion for Extension of Case Deadlines. Dkt. 252.

As set forth below, Plaintiff's Motions filed on June 2, 2026 (Dkts. 245, 247) are **DENIED**, and Plaintiff's Motion for Extension of Case Deadlines (Dkt. 252) is **GRANTED**.

//

ORDER DENYING DISCOVERY MOTIONS AND GRANTING MOTION TO EXTEND DEADLINES - 1

## I.    DISCOVERY MOTIONS (DKTS. 245, 247)

This action is currently in the discovery phase. On May 22, 2026, the Court ordered the parties to meet and confer in an effort to exhaust informal methods of resolving their discovery disputes before seeking Court intervention. Dkt. 236. Following entry of that Order, Plaintiff nevertheless filed several Motions to Compel. *See* Dkts. 239, 240, 241. The Court denied those Motions and advised Plaintiff that any further motions to compel filed before the parties completed the required meet-and-confer process and demonstrated compliance with the Court's prior Order would be summarily denied. Dkt. 242.

Thereafter, Plaintiff filed further Motions concerning discovery before the parties demonstrated compliance with required meet-and-confer process. *See* Dkt. 250 (declaration demonstrating compliance with meet-and-confer requirement filed on June 26, 2026). Both of these Motions (Dkts. 245, 247) are **DENIED**.

## II.    MOTION TO EXTEND DEADLINES (DKT. 252)

On July 7, 2026, after the parties demonstrated compliance with the meet-and-confer process, Plaintiff filed a Motion for Extension of Case Deadlines. Dkt. 252. Although Plaintiff does not request a specific extension period, he states that additional time is necessary to adequately review anticipated discovery materials before filing any motions to compel. *Id.* And, in Defendants' declaration regarding the parties' meet-and-confer efforts, Defense Counsel represents that Defendants plan to provide Plaintiff with the requested discovery responses on or before July 9, 2026. *See* Dkt. 250.

Accordingly, to ensure Plaintiff has sufficient time to review Defendants' anticipated discovery responses and to prepare any appropriate discovery motions, the Court finds good cause to **EXTEND** the current case deadlines by **thirty days**. If Plaintiff requires additional time

beyond that granted herein, he **MAY** file a separate motion requesting a further extension. Thus, Plaintiff's Motion for Extension of Case Deadlines (Dkt. 252) is **GRANTED** and the Scheduling Order (Dkt. 213) is **AMENDED** as set forth in the conclusion below.

### III.    CONCLUSION

For the above stated reasons, Plaintiff's Motions (Dkts. 245, 247) filed on June 2, 2026, are **DENIED**. Plaintiff's Motion for Extension of Case Deadlines (Dkt. 252) is **GRANTED**, and the Scheduling Order (Dkt. 213) is **AMENDED** as follows:

a.    All discovery shall be completed no later than **September 16, 2026**;

b.    Any discovery motion shall be filed no later than **August 26, 2026; and**

c.    All dispositive motions shall be filed and served no later than **October 16, 2026**.

If Plaintiff requires additional time beyond that granted in this Order, he **MAY** file a separate motion requesting a further extension.

Dated this 10th day of July, 2026.

Grady J. Leupold
United States Magistrate Judge